# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Joseph N. | United States. Bankruptcy Court, Eastern District of NC | 04/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

150 Reade Circle
Greenville, NC 27858

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | JKP, LLC (holds vacation hime) |
| 2. | Managing member | JJJM, LLC (no reportable assets) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/01/2016 | Battle Winslow Scott & Wiley PA -- Note for buy out of interest in from former law firm |
| 2. | 1/01/2016 | Blackacre of Rocky Mount, LLC -- Note for buy out of interest in former law firm office building |
| 3. | 1/01/2016 | Battle Winslow Scott & Wiley SEP Retirement Plan mannaged by former law firm (all assets transferred to E-Trade Securities Rollover IRA 3-24-17) |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 04/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/28/2016 | Blackacre of Rocky Mount, LLC -- downpayment | $9,729.22 |
| 2. 12/31/2016 | Blackacre of Rocky Mount, LLC -- note monthly buyout (12 payments received) | $3,113.88 |
| 3. 12/31/2016 | Battle Winslow Scott & Wiley PA -- note monthly buyout (12 payments received) | $5,321.76 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2016 | Mack Gay & Assoc., PA (engineering firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNC-CH School of Law | 4/1/2016 | Charlotte, NC | CLE Speaker at UNC Bank Law Seminar | one night hotel room, seminar banquest dinnner, parking, mileage |
| 2. | Eastern Bankrutpcy Institute | 5/6/2016 | Myrtle Beach, S.C. | CLE Speaker at annual bankruptcy law seminar | two nights hotel room |
| 3. | NC Bar Assoc Annual Bankruptcy Law Seminar | 11/18/2016 and 11/19/2016 | New Bern, NC | CLE Speaker at annual bankruptcy law seminar | one night hotel room, seminar banquest dinnner, mileage |
| 4. | National Conference of Bankruptcy Judges Annual Conference | 10/26/2016 to 10/29/2106 | San Francisco, CA | Annual meeting of bankrutpcy judges | Reimbursement for two nights of hotel cost from NCBJ for active participation in a segment of the seminar |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 04/24/2017 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 04/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | Local bar group contribution 1/3rd Judicial Investiture Reception cost March 2016 | $2,900.00 |
| 2. | Battle Winslow Scott & Wiley PA | Former law firm contribution 1/3rd Judicial Investiture Reception cost March 2016 | $2,900.00 |
| 3. | American Board of Certification | National Bankruptcy Law Specialization Board (fees waived for judges) | $750.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Providence Bank Checking Account | B | Interest | N | T | | | | | |
| 2. E-Trade Dividend Account | A | Interest | J | T | | | | | |
| 3. Providence Bank Checking Account for JJJM, LLC (25%) | A | Interest | | | Closed | 09/19/16 | J | C | |
| 4. Providence Bank Checking Account for JKP (87.5%) | A | Interest | J | T | | | | | |
| 5. State Employees Credit Union bank acct | A | Interest | J | T | | | | | |
| 6. Stock -- RBC Bank (RY) | E | Dividend | O | T | | | | | |
| 7. Stock - General Electric | B | Dividend | K | T | | | | | |
| 8. Stock -- Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 9. SEP retirement acct mutual funds | | | | | | | | | |
| 10. CHTTX | E | Dividend | | | Sold | 09/28/16 | M | D | |
| 11. VISMX | B | Dividend | M | T | Buy | 09/28/16 | M | | |
| 12. JVMRX | E | Dividend | M | T | | | | | |
| 13. OIERX | E | Dividend | M | T | | | | | |
| 14. RERGX | E | Dividend | | | Sold | 06/30/16 | M | D | |
| 15. OIGAX | D | Dividend | M | T | Buy | 06/30/16 | M | | |
| 16. VEIRX | E | Dividend | N | T | | | | | |
| 17. VISGX | E | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. VSMAX | E | Dividend | L | T | | | | | |
| 19. VTSMX | E | Dividend | O | T | | | | | |
| 20. VIGAX "(Y)" | E | Dividend | O | T | | | | | |
| 21. IRA - Janus Growth & Income Fund (JAGIX) | D | Dividend | K | T | | | | | |
| 22. IRA- Royce Penn Mutual Fund (RYCPX) | B | Dividend | J | T | | | | | |
| 23. Local Govt Employees Credit Union HSA | A | Interest | J | T | | | | | |
| 24. 401k converted to IRA's (mutual funds) | C | Dividend | K | T | | | | | |
| 25. AGTHX | C | Dividend | K | T | | | | | |
| 26. ANCFX | C | Dividend | K | T | | | | | |
| 27. ANWPX | C | Dividend | K | T | | | | | |
| 28. CWGIX | C | Dividend | K | T | | | | | |
| 29. NEWFX | C | Dividend | K | T | | | | | |
| 30. State of North Carolina 401k Retirement Plan- Prudential mutual fnds | | | | | | | | | |
| 31. NC Large Cap Value | A | Dividend | K | T | | | | | |
| 32. NC Large Cap Index | A | Dividend | K | T | | | | | |
| 33. NC Large Cap Growth | A | Dividend | K | T | | | | | |
| 34. NC Small/Mid Cap Value | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NC Small/Mid Cap Index | A | Dividend | K | T | | | | | |
| 36. NC Small/Mid Cap Growth | A | Dividend | J | T | | | | | |
| 37. NC Global Equity Fund | A | Dividend | J | T | | | | | |
| 38. NC International Fund | A | Dividend | J | T | | | | | |
| 39. NC Internationial Index Fund | A | Dividend | J | T | | | | | |
| 40. NC Stable Value Fund | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 04/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"(Y)" -- Regarding Part VII Line 20, my interest in the SEP retirement acct mutual fund Vanguard Growth Index Admisral was inadvertently omitted from my intital finanical disclosure report dated July 26, 2016. I owned nine rather than eight mutual funds in the SEP retirement account at all relevant times in 2015 and 2016. As stated, the omission was the result of inadvertent error on my part and was not intended to aovid reporting requirements in any manner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph N. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544